Case 1:23-cv-01603-JRS-TAB   Document 1   Filed 09/05/23   Page 1 of 7 PageID #: 1

FILED
09/05/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Dakota Holland )
_____ )  Case Number: 1:23-cv-01603-JRS-TAB
_____ )        (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. )  ☐ CIVIL RIGHTS COMPLAINT
Michle Donahoe, Pamela )     pursuant to 42 U.S.C. §1983 (State Prisoner)
Demush, ~~attorneys~~ )  ☑ CIVIL RIGHTS COMPLAINT
~~attorney for the~~ )     pursuant to 28 U.S.C. §1331 (Federal Prisoner)
~~Southern district of Indiana~~ )  ☐ CIVIL COMPLAINT
Defendant(s)/Respondent(s) )     pursuant to the Federal Tort Claims Act, 28 U.S.C.
                          )     §§1346, 2671-2680, or other law

I. **JURISDICTION**

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.




**Defendant #1:**

B. Defendant __Michle Donahoe__ is employed as
   (a)   (Name of First Defendant)
   __Public defender__
   (b)   (Position/Title)
   with __46 E Ohio Street Indpls, IN 46203__
   (c)   (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes   ☐ No

If your answer is YES, briefly explain: He was a Public defender for the Federal government.

Rev. 7/20/18                                  1

**Defendant #2:**

C.  Defendant  Pamula doemash  is employed as
(Name of Second Defendant)

A Fedural Posacuter
(Position/Title)

with Pamula S. doemash 46 E. ohio
(Employer's Name and Address)
Street Indpls In 46204

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If you answer is YES, briefly explain: A Fedurel Possicuter

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

The United States district Attorney Josh J. minkler

Josh J. minkler 46 E. ohio Street Indpls In 46204

He was working for the goverment (yes)
He was the united States Attorney.

## II.  PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.  If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.  Parties to previous lawsuits:
    Plaintiff(s):

    Defendant(s):

2.  Court (if federal court, name of the district; if state court, name of the county):

3.  Docket number:

4.  Name of Judge to whom case was assigned:

5.  Type of case (for example: Was it a habeas corpus or civil rights action?):

6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7.  Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

C. If your answer is YES,
  1. What steps did you take?

  2. What was the result?

D. If your answer is NO, explain why not. This is not a Prison grievance Issue.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☒ No

F. If your answer is YES,
  1. What steps did you take?

  2. What was the result?

Rev. 7/20/18                                      4

G. If your answer is NO, explain why not.
Not A Issue

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:
This Issue did not call for A Inside Process.

IV. STATEMENT OF CLAIM

    A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

When: July 27th

Where: Indanapolis federl Court Room

How: Vilation of my 6th amendment, 14th amendment and cause of menal Illness,

Whom: Pamuela domash, Michel Donahoe, Josh J. Minkler,

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

## VI. JURY DEMAND (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _____ 8.36.2023_____     _____[signature]_____
            (date)                   Signature of Plaintiff

FCI Florenc P.O Box 6000             Dakota Holland
Street Address                       Printed Name

                                     16450-028
City, State, Zip                     Prisoner Register Number

_____[initials]_____
Signature of Attorney (if any)

Rev. 7/20/18                                              7