UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAKOTA HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01603-JRS-TAB |
| | ) |
| MICHLE DONAHOE Public Defender, | ) |
| PAMULA DOEMASH Federal Prosecutor, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 11/17/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

DAKOTA HOLLAND
16450-028
FLORENCE - FCI
FLORENCE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 6000
FLORENCE, CO 81226